UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 14-255 (SRN/LIB)

UNITED STATES OF AMERICA,

   v.                      Plaintiff,      **ORDER TO CONTINUE TRIAL DATE**

VERNON DEAN BONEY,
                  Defendant.

---

Clifford B Wardlaw, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

James S. Becker, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

---

Upon defendant's motion to continue trial date, and for good cause shown, such motion is granted.  The jury trial currently scheduled for Monday November 3, 2014, respectively, is hereby continued and will be rescheduled by further order.

This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).  The Court specifically makes the finding that such continuance best serves the ends of justice and that such ends outweigh the interests of the public and the defendant in a speedy trial.  The Court further finds that defense counsel is justified in needing the additional time to make an adequate factual inquiry for purposes of preparing for the pretrial motions hearing under 18 U.S.C. § 3161(h)(8)(B)(i) and (iv).  Having made these findings, the

Court excludes from speedy trial considerations the time granted for the continuance in this proceeding.

Dated: September 30, 2014             s/Susan Richard Nelson
                                      SUSAN RICHARD NELSON
                                      United States District Court Judge